Exhibit A

CODE No. 51-8784
NEW_____ OLD ✓
CODE No. CHECKED
ASSIGNED BY

## ACCEPTANCE OF AGREEMENT

In consideration of the benefits to be derived and other good and valuable consideration, the undersigned contractor or successors, although not a member of the Labor Relations Division of the Ohio Contractors Association does hereby join in, adopt, accept and become a party to the collective bargaining agreement heretofore made by the Labor Relations Division of the Ohio Contractors Association with the International Union of Operating Engineers Local 18 and its Branches (AFL-CIO) including all of the provisions therein, and those pertaining to contributions to Trust Funds providing for Health & Welfare, Pension, Apprenticeship Training, or any other fringe benefits and agree to be bound by any Trust Agreement hereafter entered into between these parties and agrees to make contributions as required and authorizes these parties to name the Trustees to administer said funds and ratifies and accepts such Trustees and the terms and conditions of the Trusts as if made by the undersigned.

__Joe Yochman Exc. Inc.__
Name of Employer (Printed)

__610 S. Newton Falls Road__
Employer Address

__Diamond__          __OH__          __44412__
City                State             Zip Code

__330-538-0014__
Area Code & Telephone

_[signature]_ V.P.
Authorized Employer Representative (Signature)   (Date)

X __Joe Yochman    V.P.    01/26/05__
Authorized Employer Representative (Printed)

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18 AND ITS BRANCHES (AFL-CIO)

_[signature]_
District Representative (Signature)

FRINGE OFFICE COPY                    (USE NO CARBON)

87