Exhibit B

CODE No. 51878(?)
NEW _____ OLD ✓
CODE No. CHECKED
ASSIGNED BY ___

## ACCEPTANCE OF AGREEMENT

In consideration of the benefits to be derived and other good and valuable consideration, the undersigned contractor or successors, although not a member of the AGC of Ohio Labor Relations Division does hereby join in, adopt, accept and become a party to the collective bargaining agreement heretofore made by the AGC of Ohio Labor Relations Division with the International Union of Operating Engineers, Local 18 and its Branches, (AFL-CIO) including all of the provisions therein, and those pertaining to contributions to Trust Funds providing for Health & Welfare, Pension, Apprenticeship Training, or any other fringe benefits, and agree to be bound by any Trust Agreement hereafter entered into between these parties and agrees to make contributions as required and authorizes these parties to name the Trustees and the terms and conditions of the Trusts as if made by the undersigned.

**Joe Yochman Excavating**
Name of Employer (Printed)

**610 S. Newton Falls Road**
Employer Address

**Diamond, Ohio**      **44412**
City     State     Zip Code

**(330) 538-0014**
Area Code & Telephone

_[signature]_     7/24/02
Authorized Employer Representative (Signature)   Date

**Joe Yochman Jr**
Authorized Employer Representative (Printed)

INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 18 AND ITS BRANCHES, (AFL-CIO)

_[signature]_
District Representative (Signature)

FRINGE OFFICE COPY     83     (USE NO CARBON)